```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

JOSE I. COLLAZO,
   Petitioner,

   v.                                            CIVIL ACTION NO.
                                                  19-10612-MBB

STEVEN KENNEWAY,
   Respondent.

## ORDER TO ANSWER

**July 29, 2019**

**BOWLER, U.S.M.J.**

    After review of the petition and in accordance with the Rules Governing Section 2254 Cases in the United States District Courts, respondent Steven Kenneway ("respondent"), Superintendent of the Massachusetts Correctional Institute in Shirley, Massachusetts, is **ORDERED** to file an answer to the petition within 20 days after receipt of this Order, exclusive of the day of receipt.  The answer must include a statement notifying this court of the existence of any victim or victims as defined by 18 U.S.C. § 3771.

    Pursuant to Rule 4, the Clerk shall serve a copy of the petition, the civil cover sheet, and an updated copy of the docket upon respondent and the Attorney General for the Commonwealth of Massachusetts.  The deadline for filing a dispositive motion or memorandum in opposition to the petition is

October 7, 2019.  Respondent's counsel is directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge accessed on the website of the United States Court, District of Massachusetts, http://www.mad.uscourts.gov/resources.

                              CONCLUSION

Respondent is **ORDERED** to file an answer within 20 days after receipt of this Order, exclusive of the day of receipt.  The Clerk is directed to serve the petition by certified mail return receipt requested on respondent and the Attorney General of the Commonwealth of Massachusetts and include the above-noted filings.


                              /s/ Marianne B. Bowler
                              **MARIANNE B. BOWLER**
                              United States Magistrate Judge